## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Mr. KENNETH MARK HAY**  )<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**MRS. DR. FERNANDO,**  )<br>**DR. AUSTIN DESLAURIERS,**  )<br>**MRS. KERI APPLEQUEST**  )<br>Defendants.  )<br>_____  ) | Case No. 04-3481-JAR |

## EXHIBIT LIST

| Exhibit No. | Description | | Attachments |
|---|---|---|---|
| 1 | Journal Entry of Judgment and Order to Transport, file stamped April 24, 1995 | | None |
| 2 | Affidavit of Mark E. Schutter, Ph.D. | A<br>B<br>C<br>D<br>E | SPTP Growth Chart<br>LSH Salary and Wage Projections for FY 2004<br>JCAHO accreditation letter dated June 5, 2003<br>SPTP Policy RES-105, "SPTP Resolution Committee"<br>LSH Strategic Plan, September, 2004 |
| 3 | Affidavit of Austin DesLauriers, Ph.D. | A<br>B<br>C<br>D<br>E<br>F<br>G<br>H<br>I<br>J<br>K | Vita for Austin DesLauriers, Ph.D.<br>Phase I Treatment Agreement<br>Phase II Treatment Agreement<br>Core Curriculum Class listing<br>Phase III Treatment Agreement<br>Phase IV Treatment Agreement<br>Transition Phase (Phase 5) Agreement<br>Transitional House Services brochure<br>SPTP Activity Therapy Program Schedule<br>Yearly Report of Resident's Mental Condition dated May 9, 2003<br>Yearly Report of Resident's Mental Condition dated May 10, 2004 |

| Exhibit No. | Description | | Attachments |
|---|---|---|---|
| 4 | Affidavit of Wineetha S. Fernando, M.D. | A | Progress Note dated 1-25-04 @ 1650, Progress Note dated 1-26-04 @ 1650, and Physicians Orders dated 1-26-04 |
| | | B | Progress Note dated 2-25-04 @ 2045, Progress Note dated 2-28-05 @ 1113 and Physicians Orders dated 2-25-04 |
| | | C | Progress Note dated 3-19-04 @ 940 and Consultation request and Report dated 3-19-04 |
| | | D | Dental Examination Record |
| | | E | Progress Note dated 3-22-04 @ 1055 and Physicians Orders dated 3-22-04 |
| | | F | Progress Note dated 4-1-04 @ 1130 and Consultation Request and Report dated 4-1-04 |
| | | G | Progress Note dated 4-4-04 @ 1022 |
| | | H | Progress Note dated 4-19-04 @ 1400 |
| | | I | Physicians Order dated 5-24-04 |
| | | J | Consultation Request and Report dated 5-26-04 |
| | | K | Progress Record- Medical dated 9-10-04 and Consultation Request and Report dated 9-10-05 |
| | | L | Progress Record–Physical dated 10-27-04, 11-1-04, and 11-29-04 |
| | | M | Progress Record–Physical dated 12-27-04 |
| | | N | Progress Record–Physical, dated 1-24-05 and 1-27-05 |
| | | O | Progress Record–Physical dated 1-28-05, Physicians Order dated 1-28-05, and Consultation Request and Report dated 1-23-05] |
| | | P | Form LSH-383] |
| | | Q | Physicians Orders dated 3-21-05 and 3-22-05 |
| | | R | Physicians Orders dated 4-7-05 |
| 5 | Affidavit of Keri Applequist | A | Integrated Treatment Plan for Kenneth Hay dated 1-13-04 |
| | | B | Correspondence from Kenneth Hay captioned "Regaining Control of My Life" |
| | | C | Integrated Progress Notes for Kenneth Hay dated 1-9-04 |
| | | D | Integrated Progress Notes for Kenneth Hay dated 2-6-04 |
| | | E | Memo captioned "Our Meeting Concerning my Program" from Kenneth Hay dated 2-4-04 |
| | | F | Integrated Progress Notes for Kenneth Hay dated 3-5-04 |
| | | G | Integrated Progress Notes for Kenneth Hay dated 4-2-04 |
| | | H | Treatment Summary for Group and Individual Treatment Sessions for Kenneth Hay in 2003 - 2005 |
| | | I | Letter dated August 30, 2004 from Kenneth Hay to Mary Sumner |

| Exhibit No. | Description | | Attachments |
|---|---|---|---|
| 6 | Affidavit of Steven Walters | A | Integrated Progress Notes for Kenneth Hay dated 10-18-04 |
| | | B | Integrated Progress Notes for Kenneth Hay dated 5-28-04 |
| | | C | Integrated Progress Notes for Kenneth Hay dated 6-11-04 |
| | | D | Integrated Progress Notes for Kenneth Hay dated 7-23-04 |
| | | E | Integrated Progress Notes for Kenneth Hay dated 8-23-04 |
| | | F | Integrated Progress Notes for Kenneth Hay dated 9-20-04 |
| | | G | Integrated Progress Notes for Kenneth Hay dated 11-15-04 |
| | | H | Integrated Progress Notes for Kenneth Hay dated 1-11-05; Integrated Progress Notes for Kenneth Hay dated 2-4-05; Integrated Progress Notes for Kenneth Hay dated 3-4-05 |
| | | I | Memo from Chris Baker, AT II to Kenneth Hay dated 2-1-05 |
| | | J | Integrated Progress Notes for Kenneth Hay dated 4-1-05 |
| | | K | Patient's Schedule dated 3-29-05 |
| | | L | Integrated Treatment Plan for Kenneth Hay dated 4-1-05 |
| 7 | Forensic Evaluation dated March 14, 1995 | | None |
| 8 | Johnson County District Court Order dated October 5, 2004 | | None |

LAWSUITS\Hay lawsuit exhibit list [4-12-05].wpd
LSH Legal Services
April 12, 2005