# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**Mr. KENNETH MARK HAY** )
                Plaintiff, )
                      )
**vs.** )        **Case No. 04-3481-JAR**
                      )
**MRS. DR. FERNANDO,** )
**DR. AUSTIN DESLAURIERS,** )
**MRS. KERI APPLEQUIST** )
              Defendants. )
_____ )

## A F F I D A V I T

**STATE OF KANSAS**
               **SS:**
**COUNTY OF PAWNEE**

       **KERI APPLEQUEST** of lawful age, being first duly sworn upon her oath,

states as follows:

1.    I am currently a Psychologist II for the Kansas Sexual Predator Treatment Program
      (SPTP) located at Larned State Hospital (LSH). I have a B.S. Degree in
      Psychology from Fort Hays State University and a M.S. degree in Psychology from
      Fort Hays State University.

2.    As part of my clinical responsibilities, I conduct individual and group therapy
      sessions for assigned SPTP residents, as well as assist in the development of
      individual treatment plans. In this capacity, I have previously been Kenneth Hay's
      primary therapist. I am familiar with his clinical history through this therapist role

1

**Exhibit 5**

and my participation in treatment team meetings. I also have access to his treatment records maintained by Larned State Hospital and have reviewed them in preparation for documenting Kenneth Hay's treatment at SPTP.

3.  Beginning May 5, 2003 Kenneth Hay was assigned to group therapy with me three (3) times a week and individual sessions as needed to work on finalizing his Relapse Prevention Plan in order to move into Transitional Release. At this stage, Kenneth Hay was on Phase Four and had shown progress working through the various treatment phases. Another treatment objective for Kenneth Hay was to develop new leisure skills and interests compatible with medical limitations by either walking, playing low-impact sports, library and/or involvement in music by attending at least 50 % of the scheduled activities (i.e. yard, social recreation, gym/swim, library.) During this time period, due to his lack of active participation, Kenneth Hay was dropped from Level 4 to Level 3. **[Exhibit 5-A, Integrated Treatment Plan for Kenneth Hay dated 1-13-2004]**

4.  I received a copy of an undated document authored by Kenneth Hay captioned "Regaining Control of My Life." In this document he describe why he will or wll not attend his assigned activities. He further states, " truly this is a wonderful program and I have learned a lot about my addictive behavior. I would have offended again if it wasn't for this program teaching me hurtful ways I was mistreating people and not seeing the effect I was causing people to go through." He then stated he was ready for transitional release and would be discharged by January 1, 2004. **[Exhibit 5-B, correspondence from Kenneth Hay captioned 'Regaining Control of My**

Life']

4.    Progress notes reflect Kenneth Hay repeatedly failed to meet his treatment objectives.    He often would not attend any scheduled activities, would refuse his medication, did not actively participate in group sessions, and spent time sleeping in his room. At this time, Kenneth Hay meet with the Clinical Treatment Team regarding his lack of participation in his treatment program and the potential to be dropped to Level 2 if his behavior continued. **[Exhibit 5-C, Integrated Progress Notes for Kenneth Hay dated 1-9-04]**

5.    On February 4, 2004, progress notes indicate Kenneth Hay continued to do poorly in groups, did not meet his 50% attendance at scheduled activities, and discussed being depressed over his family's legal situations.    The attending psychiatrist discussed medication with him.    **[Exhibit 5-D, Integrated Progress Notes for Kenneth Hay dated 2-6-04]**

6.    On or about February 4, 2004 I received a letter from Kenneth Hay captioned "My Attentive Goals to Regan My Mobility Back to a Full Swing Program."    In this correspondence he acknowledges his"slackness" of participating in the program that had lasted a long time and his establishment of "slow" goals so he didn't get overwhelmed in the program. Some of these goals included making his bed, staying awake during programing, showering daily, with the eventual goal of returning to full participation in his treatment program.    **[Exhibit 5-E, Memo captioned "Our meeting Concerning my Program" from Kenneth Hay dated 2-4-04]**

3

7.    On March 2, 2004, progress notes indicate Kenneth Hay was contemplating making a request to drop himself to Level 2, indicating a pattern of returning to his old coping responses. **[Exhibit 5-F, Integrated Progress Notes for Kenneth Hay dated 3-5-04]**

8.    On March 10, 2004, I meet with Kenneth Hay in an individual counseling session. He discussed feelings of "entitlement" and that he wanted to either return to prison on new criminal charges or get moved to transition. In April, 2004, Kenneth Hay transferred to another therapist's case load and this was the last month I was assigned as his primary therapist.    My contact from this date has been through attendance at the Clinical Treatment Team meetings were his case has been discussed. **[Exhibit 5-G, Integrated Progress Notes for Kenneth Hay dated 4-2-04]**

9.    After a group or individual therapy session, the therapist records a summary what occurred during the session for each participating resident on a LSH form MS-80 (Individual/Group Therapy Progress Record.)   LSH Legal Services staff has summarized all the MS-80's located in Kenneth Hay's treatment records for the years 2003 through 2005 and have prepared a summary of the individual and group therapy sessions for reference. I have reviewed this summary and believe it is an accurate reflection of the treatment notes reflected on the individual monthly MS-80's. **[Exhibit 5-H, Treatment Summary for Group and Individual Treatment Sessions for Kenneth Hay in 2003 - 2005]**

10.   Kenneth Hay's medical records reflect limited participation in the treatment program

4

and group and individual therapy sessions. When he does attend scheduled individual and group therapy sessions, he has limited participation. The progress notes reflect he does not often contribute a great deal of personal discussion during group therapy sessions, but he will offer feedback to other residents when prompted. **[Exhibit 5-H, Treatment Summary for Group and Individual Treatment Sessions for Kenneth Hay in 2003 - 2005]**

11. On or about August 30, 2004, I received a copy of a letter Kenneth Hay mailed to Mary Sumner. In this correspondence, he requested to meet with her to discuss coming to the transitional house located at Osawatomie State Hospital. He states that due to "several thoughts and actions I put myself on level 2. I would like a chance to prove to you and society that I have changed for the better, and to become a productive citizen living my life in a structured lifestyle and accountable to you and the courts until the courts deems it is no longer needed." He additional requested a meeting with her and 16 SPTP staff members and requested answers to 8 questions. **[Exhibit 5-I, letter dated August 30, 2004 from Kenneth Hay to Mary Sumner]**

12. Attached to the letter addressed to Mary Sumner was a list of "stipulations" that Kenneth Hay required to be in place. He stated he had attended his last therapy group, he would only attend classes that help him in the future, would not attend gym and swim activities, he would only go to staff with meaningful complaints, and that because he had changed his core beliefs and was "living a higher standard life than the program requires" he would like to live in both "man's way or God's way."

**[Exhibit 5-I, letter dated August 30, 2004 from Kenneth Hay to Mary Sumner]**

**FURTHER AFFIANT SAYS NOT.**

Keri Applequist LCP
**KERI APPLEQUIST**

**SUBSCRIBED AND SWORN TO** before me this 13th day of April, 2005.

Elaine M. Salmans
Notary Public

My Commission expires:

ELAINE M. SALMANS
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 8-16-07

<table>
<tr><td colspan="2">

**Larned State Hospital**
**Larned, Kansas**
**CPR - 304**
**Integrated Treatment Plan**

Page 1 of 2
</td><td>

**Name:** HAY, KENNETH MARK
**Case No:** S00005    **Sex:** Male
**Unit:** SPTP – Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 1/13/2004
**Date of Next Review:** 4/12/2004
**Plan Type:** Review
</td></tr>
</table>

| # | Description | Status |
|---|-------------|--------|
| | **Clinical Formulation**      *Clinical Portrait of the Client's Strengths and Needs* | |
| 01 | Ken is a 42-year-old Caucasian male who was admitted to SPTP on 03/03/95 under the provisions of KSA 59-29a01 et seq (Sexually Violent Predator Act). He has a history of various sexual offences including obscene phone calls, solicitations and exhibition. Pedophilia, Sexually Attracted to Females, Nonexclusive Type.<br><br>Presenting Problem:<br>Index offense was five counts of Aggravated Indecent Solicitation of a Child.<br><br>Prognosis:<br>Ken's prognosis is guarded at this time due to his chronic depressive symptoms and lack of motivation in the program at this time which resulted in his drop to level 3 within the program.<br><br>Estimated Length of Stay:<br>Estimated length of stay is indifinite and dependent on his motivation and participation within the program. He still needs to be recommended for Transition, meet with the Transition Board and receive court approval to be moved into Transition.<br><br>Strengths:<br>Understands need for medication, understands the treatment program and has spiritual strength and support.<br><br>Needs:<br>Needs include Sexual Deviancy Treatment and preparation for reintegration into society, a number of medical issues (Diabetes, Hyperlipidemia, Mild Obesity, Gastrophageal Reflux Disease and Chronic Low Back Pain) and depressive symptoms.<br><br>Criteria for Discharge:<br>After successful completion of the transitional polygraph, completion of level 5 of the program and court approval.<br><br>Crisis Plan:<br>Ken has identified that he becomes frustrated when his goals aren't met or feels that he is being misunderstood,which is exacerbated when he is depressed. He becomes more isolative and more sarcastic and makes hurtful jokes as well as hopeless comments during these times. Ken has identified reading his bible or listening to music as helping him cope with these situations. | Updated - 01/13/2004 |
| | *Clinical Formulation should also include: Prognosis, Estimated Length of Stay and Criteria for Discharge* | |
| | **Principal Diagnosis** | |
| 1 | Pedophilia, Sexually Attracted To Females, Nonexclusive Type - (302.2) | Reviewed - 01/13/2004 |

**Exhibit 5-A**

**Larned State Hospital**
**Larned, Kansas**
**CPR - 304**
**Integrated Treatment Plan**

Page 2 of 2

Name:  HAY, KENNETH MARK
Case No:  S00005          Sex: Male
Unit:   SPTP - Dillon Annex III
Adm Date:   5/12/1995
Current Date:   1/13/2004
Date of Next Review:   4/12/2004
Plan Type:   Review

| # | Description | Status |
|---|---|---|
| **Additional Diagnoses - Axis I** | | |
| a | Dysthymic Disorder, Late Onset - (300.4) | Reviewed - 01/13/2004 |
| **Additional Diagnoses - Axis II** | | |
| a | Personality Disorder NOS with avoidant and dependent features- (301.9) | Reviewed - 01/13/2004 |
| **Additional Diagnoses - Axis III** | | |
| a | Diabetes | Reviewed - 01/13/2004 |
| b | Hyperlipidemia | Reviewed - 01/13/2004 |
| c | Mild Obesity | Reviewed - 01/13/2004 |
| d | Gastroesophageal Reflux Disease | Reviewed - 01/13/2004 |
| e | Chronic Low Back Pain | Reviewed - 01/13/2004 |
| **Axis IV Code** | | |
| 01 | Remarks: 8-Problems related to interaction with the legal system/crime | Reviewed - 01/13/2004 |
| **Axis IV Statement** | | |
| 01 | Ken has been incarcerated since 1993 for sexual offenses. | Reviewed - 01/13/2004 |
| **Current Year GAF** | | |
| 01 | Remarks: 59 | Updated - 01/13/2004 |
| **Last Year GAF** | | |
| 01 | Remarks: 70 | Updated - 01/13/2004 |
| **Assessment of Dangerousness** | | |
| 01 | Outside the facility the resident is considered to be a threat to others due to the nature of his crimes.  In the last few years he has not displayed any signs of harm to himself or others, however in the past he has displayed anger by hitting the walls (four years ago he hit the wall one time).  Despite recent elevations in depressive symptoms, he is not seen as an increased risk to himself or others. | Updated - 01/13/2004 |

<table>
<tr><td>

**Larned State Hospital**
**Larned, Kansas**
**Integrated Treatment Plan**
**CPR - 304**

Page 1 of 5
</td><td>

**Name:** HAY, KENNETH MARK
**Case No:** S00005      **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 1/13/2004
**Date of Next Review:** 4/12/2004
**Plan Type:** Review
</td></tr>
</table>

| # | Description | Status |
|---|---|---|
| **Problems/Needs** | | |
| 01 | Sexual Deviancy Treatment (including thinking errors, Relapse Prevention and preparation for Transition) | Active – 05/05/2003 |
| 02 | Medical issues (diabetes, hyperlipidemia, GERD, chronic low back pain, mild obesity) | Active – 07/31/2003 |
| 03 | Dysthymia | Active – 02/11/2003 |
| 04 | Lack of motivation in groups, taking medication and excessive sleeping. | Active – 07/31/2003 |
| **Strengths** | | |
| 01 | Capable of understanding need for medication. | Active – 02/11/2003 |
| 02 | Capable of understanding treatment program | Added – 02/11/2003 |
| 03 | Spiritual strengths to draw upon. | Added – 02/11/2003 |
| **Assets** | | |
| 01 | Has completed education (High School Diploma) | Active – 02/11/2003 |
| 02 | Support in spiritual community | Added – 02/11/2003 |
| 03 | Supportive father and step-mother | Active – 02/11/2003 |
| 04 | Variety of occupational skills | Active – 02/11/2003 |
| **Goals** | | |
| A | Being placed in the Transition Phase of the program within 6 months to 1 year. Linked Objectives: #A01;#A03; | Inactive – 10/22/2003 |
| B | Will take prescribed medications while a resident at SPTP. Linked Objectives: #A08; | Active – 03/12/2003 |
| C | Ken will obtain level 4 within 3 to 6 months. Linked Objectives: #A01;#A03;#A04;#A05;#A06;#A08;#A11;#A12;#A13; | Active – 10/22/2003 |
| **Objectives** | | |
| A01 | Ken will continue to review his Relapse Prevention Plan and discuss any changes and updates in group at least once a month. He will continue to address his thinking errors as they occur and formulate challenges for them as they arise and discuss at least one of these RSAs in group on a weekly basis. Target Date: 04/12/04 Linked Modalities/Interventions: #01; | Active – 01/13/2004 |
| A02 | Ken will prepare for and take the transition polygraph when scheduled. Target Date: 05/13/03 Linked Modalities/Interventions: #02; | Resolved – 05/05/2003 |
| A03 | Ken will discuss feelings of depression and potential concerns related to future release into transition in group at least once a week. Target Date: 4/12/04 Linked Modalities/Interventions: #01; | Active – 01/13/2004 |
| A04 | Ken will show an improvement in his coping skills by recognizing, at least once weekly, that his needs and wants don't need to be obtained immediately. Target Date: 10/28/03 Linked Modalities/Interventions: #03; | Inactive – 01/13/2004 |

| Larned State Hospital<br>Larned, Kansas<br>Integrated Treatment Plan<br>CPR - 304<br><br>Page 2 of 5 | **Name:** HAY, KENNETH MARK<br>**Case No:**   S00005        **Sex:**  Male<br>**Unit:**  SPTP - Dillon Annex III<br>**Adm Date:**    5/12/1995<br>**Current Date:**    1/13/2004<br>**Date of Next Review:**      4/12/2004<br>**Plan Type:**    Review |
|---|---|

| # | Description | Status |
|---|---|---|
| **Objectives** | | |
| A05 | Ken will develop new leisure skill interests compatible with medical limitations by either walking, playing low-impact sports, library and/or involvement in music by attending at least 50% of the scheduled activities (yard, social recreation, gym/swim, library).<br>Target Date: 4/12/04<br>Linked Modalities/Interventions: #04 | Active - 01/13/2004 |
| A06 | Ken will be prepared for and adhere to med. times and attend all meals and snacks as prescribed by doctor. (Ken will begin preparing for scheduled activities/groups when the five minute call is given - no second call will be given).<br>Target Date: 4/12/04<br>Linked Modalities/Interventions: #05 | Active - 01/13/2004 |
| A07 | Ken will prepare and administer insulin with licensed medical staff in attendance and report any signs & symptoms of hypoglycemia, through the target date.<br>Target Date: 10/28/03<br>Linked Modalities/Interventions: #06; | Resolved - 10/16/2003 |
| A08 | Resident will report at least a 2 point reduction (on a 1 to 10 scale, with 10 being extremely depressed and 1 being an absence of depression) in symptoms of depression, helplessness, worthlessness, crying spells and low self esteem by the target date.<br>Target Date: 4/12/04<br>Linked Modalities/Interventions: #08; | Active - 01/13/2004 |
| A09 | Ken will complete a learning style assessment and will be able to verbalize one way it may impact the learning of new skills by the target date.<br>Target Date: 5/03/03<br>Linked Modalities/Interventions: #09; | Inactive - 07/23/2003 |
| A10 | Ken will attend 100% of assigned Constructive Negotiation classes through the target date.<br>Target Date: 10/28/03<br>Linked Modalities/Interventions: #10; | Inactive - 10/16/2003 |
| A11 | Ken in encouraged to interact and socialize outside of his room when not in scheduled activities and on evenings and weekends at least three times a week.<br>Target Date: 4/12/04<br>Linked Modalities/Interventions: #11; | Active - 01/13/2004 |
| A12 | Ken will contribute verbally, sharing results of applying constructive negotiation techniques two times monthly through the target date.<br>Target Date: 01/13/04<br>Linked Modalities/Interventions: #12; | Inactive - 01/13/2004 |
| A13 | Ken will be compliant with all procedures/treatments prescribed by the physician through the target date.<br>Target Date: 04/12/04<br>Linked Modalities/Interventions: #13; | Active - 01/13/2004 |
| A14 | Ken will attend 100% of the Wood Shop, Leisure Education and Leisure Art sessions.<br>Target Date: 4/12/04<br>Linked Modalities/Interventions: #15; | Active - 01/13/2004 |

| **Larned State Hospital**<br>**Larned, Kansas**<br>**Integrated Treatment Plan**<br>**CPR - 304** | **Name:** HAY, KENNETH MARK<br>**Case No:** S00005     **Sex:** Male<br>**Unit:** SPTP - Dillon Annex III<br>**Adm Date:** 5/12/1995<br>**Current Date:** 1/13/2004<br>**Date of Next Review:** 4/12/2004 |
|---|---|

Page 3 of 5 | **Plan Type:** Review

| # | Description | Status |
|---|---|---|
| | **Objectives** | |
| A15 | Ken will attend 100% assigned classes through the target date.<br>Target Date: 04/12/04<br>Linked Modalities/Interventions: #12; | Active – 01/13/2004 |
| A16 | Ken will attempt to implement constructive negotiation techniques as assigned, as evidenced by sharing results in class and turning in written assignments 100% of the time through the target date.<br>Target Date: 04/12/04<br>Linked Modalities/Interventions: #12; | Active – 01/13/2004 |
| | **Modalities/Interventions/Education** | |
| 01 | Ken will be assigned to Group Therapy 3 times a week and individual sessions as needed, to work on finalizing his Relapse Prevention Plan in order to move into Transition.<br>Responsible Staff: Keri Applequist, LCP | Active – 05/05/2003 |
| 02 | Ken will be assigned and administered the transition polygraph.<br>Responsible Staff: Phil Ledford, Program Consultant | Resolved – 05/05/2003 |
| 03 | Ken will be assigned to Adult Community III once a week to discuss his coping skills related to release planning. Ken is also assigned to Diabetic Cooking Class, and Music Appreciation to broaden his knowledge of leisure skills. Ken is assigned to a VTP Worker job to gain skills that may be used upon transition and release of the program.<br>Responsible Staff: Dennis Smith, ATI  Sophia Smith ATT | Inactive – 11/12/2003 |
| 04 | Ken will be assigned to Yard, Social Recreation, Gym/Swim, and Library to provide an avenue to maintain social interaction, avoid isolation and encourage physical activitiy to assist with weight management and improve medical conditions.<br>Responsible Staff: Dennis Smith or designee | Active – 01/13/2004 |
| 05 | Staff will monitor and encourage Ken to take all medications and be prepared for all medication, meal and scheduled groups/ activity times.  Licensed staff will explain to Ken the correlation between eating prescribed diet and the impact on his weight, cholesterol and diabetes.  Staff will emphasize the importance of taking prescribed medication related to GERD.  Licensed staff will provide information concerning medical and psychiatric issues as needed.  Staff will perform Precision G testing as prescribed by physician.<br>Responsible Staff: Jeannie Flamik, RN or designee;<br>Anita Thomas, CTS or designee | Active – 01/13/2004 |
| 06 | Licensed staff will assist Ken in the preparation and administration of insulin and document.  Designated staff will perform Precision G as prescribed by physician.<br>Responsible Staff: Jeannie Flamik, RN or designee | Resolved – 10/16/2003 |
| 07 | Ken will be assigned to "Who I Am" to gain more insight into how various time eras and events impacted his life.<br>Responsible Staff: Joel Keith, Education Counselor | Resolved – 04/29/2003 |

| | | |
|---|---|---|
| **Larned State Hospital**<br>**Larned, Kansas**<br>**Integrated Treatment Plan**<br>**CPR - 304**<br>Page 4 of 5 | **Name:**  HAY, KENNETH MARK<br>**Case No:**  S00005  **Sex:** Male<br>**Unit:**  SPTP - Dillon Annex III<br>**Adm Date:**  5/12/1995<br>**Current Date:**  1/13/2004<br>**Date of Next Review:**  4/12/2004<br>**Plan Type:**  Review | |

| # | Description | Status |
|---|---|---|
| | **Modalities/Interventions/Education** | |
| 08 | Prescribe and monitor resident's psychiatric medication for symptoms of depression, helplessness, worthlessness, crying spells and low self esteem. Resident provided with education on regarding side effects and benefits of Paxil. Will monitor for effectiveness and side effects, encouraging resident to report side effects to Treatment personnel. Order lab tests as needed.<br>Responsible Staff: Dr. Bulatao or designee | Active - 01/13/2004 |
| 09 | Ken is assigned to "Learning to Learn" one time weekly to aid him in determining his learning style and the ways it may impact him in attempting to learn new skills.<br>Responsible Staff: Joel Keith, Educational Counselor | Inactive - 07/23/2003 |
| 10 | Assign Ken to Constructive Negotiation one time weekly to address effective problem solving through negotiation with others.<br>Responsible Staff: Joel Keith, Educational Counselor | Inactive - 10/16/2003 |
| 11 | Staff will encourage Ken to interact more with residents and staff outside of his room when not in groups and on weekends and evenings.<br>Responsible Staff: Anita Thomas, CTS or designee | Active - 07/31/2003 |
| 12 | Ken will be assigned to Applications Class to aid him in developing skills necessary to negotiate without feeling like he is giving in or being victimized.<br>Responsible Staff: Joel Keith, Education Counselor | Active - 01/13/2004 |
| 13 | MHS will obtain vital signs, weight & height monthly or as prescribed by the physician.<br>Responsible Staff: Anita Thomas, CTS or designee | Active - 10/16/2003 |
| 14 | Ken will be assigned to Arts and Crafts, Music Appreciation and Diabetic Cooking Class once a week to broaden his knowledge of leisure skills.<br>Responsible Staff: Dennis Smith ATI Sophie Smith ATT or Designee | Inactive - 01/08/2004 |
| 15 | Ken will be assigned to Leisure Arts and Crafts, and Woodshop once a week to broaden his knowledge of leisure skills.<br>Responsible Staff: Sophia Smith ATT, or Designee | Active - 01/08/2004 |
| | **Discharge Planning** | |
| 01 | Considerations include finding and maintaining a job, transportation, living arrangements and ongoing therapy to monitor sexual deviation concerns.  Due to his medical concerns, he needs to be scheduled to see a medical doctor.  All recommendations are in lieu of court approval. | Reviewed -<br>01/13/2004 |
| | **Patient/Family Involvement** | |
| 01 | Ken did not attend the treatment planning. Prior to this treatment team meeting, the objectives, modalities and goals were reviewed with the resident and his comments and views were discussed at this meeting. The changes to the current plan  will be reviewed with Ken.  There was no family involvement at this meeting, but resident's father and step-mother are supportive and have maintained contact with him. | Active - 01/13/2004 |
| | **Contributors** | |
| 01 | Keri Applequist, LCP<br>Participation Level: Attended Staffing and Contributed to Plan | Updated - 01/13/2004 |

| **Larned State Hospital** | Name: HAY, KENNETH MARK |
| **Larned, Kansas** | Case No: S00005    Sex: Male |
| **Integrated Treatment Plan** | Unit: SPTP - Dillon Annex III |
| **CPR - 304** | Adm Date: 5/12/1995 |
| | Current Date: 1/13/2004 |
| | Date of Next Review: 4/12/2004 |
| Page 5 of 5 | Plan Type: Review |

| # | Description | Status |
|---|---|---|
| **Contributors** | | |
| 02 | Joel Keith, Education Counselor | Updated - 01/13/2004 |
| | Participation Level: Attended Staffing and Contributed to Plan | |
| 03 | Nicki Roof, RN | Updated - 01/13/2004 |
| | Participation Level: Attended Staffing and Contributed to Plan | |
| 04 | Ernestine Buchanon, MHS | Reviewed - |
| | Participation Level: Attended Staffing and Contributed to Plan | 01/13/2004 |
| 05 | Sophia Smith, ATT | Updated - 01/13/2004 |
| | Participation Level: Attended Staffing and Contributed to Plan | |
| 06 | Tabi Murray, MS | Added - 01/13/2004 |
| | Participation Level: Attended Staffing and Contributed to Plan | |

Keri Applegient LCP  1/13/04

Team Leader / Date

Attending Physician / Date

# REGAINING CONTROL OF MY LIFE

Monday

### Group Therapy:

If I do not have a chronic serious problem that causes me a crises, I don't usually acknowledge it. Simply put "I cannot change what I can tolerate." If I am willing to accept the future of never getting out and always being here, I will look and do things during the day that please me and let everything else slide by and try not to notice them as much.

### Gym and Swim:

Sporting Events are wonderful to watch and they keep me busy for a period of time I am watching them. However I have no income and cannot go shopping so one of the drawing cards has been removed that helped motivate me to walk over to the gym.

### Joel's Class:

No matter what is brought up in his class I am told that there is another better way to do it, but never told the Correct way or ways to achieve the answer. To say Yes Ken, you are right, or, just change this fact and you will be right about it then. It all becomes a guessing game to try to please a man that will never be pleased with what I can come up with, this makes me tried of trying and I stopped going because I just spend a hour and come out as confused as I went in.

Tuesday:

### Arts and Crafts:

This is the only class or event I have listed on my Schedule for the day. The program has taken all the creativity out of this class and has made it a production line of useless time consuming Robotic, mindless, filler class.

Wednesday:

### Group Therapy:

I have presented so many Relapse Prevention Plans that I have lost track of which ones were good and which ones to throw away so I make another one. Each Wednesday is a copy of the last group year after year and I am getting burned out, but I still go and present another attempt to please Keri and the Transition Board which I wonder if they have ever gotten any one of the many attempts I have made towards release. If so they have never approached me about it, told me to kiss there Program, or go to hell... Nothing.

### Gym and Swim is covered above:

### Library:

I only read the Bible, no interest is library books, no money no shopping no reason to go

Thursday:

### Group Therapy:

I try to avoid thinking negatively but in this group thinking negatively and producing a compromise thought that I may never think of in the REAL World, is part of showing progress is becoming repetitive and old. Once in a while I come up with a original thought that would work wonderful but most of the time it is an excuse that makes me think better about a event that will

**Exhibit 5-B**

never change. It is not my event, but someone does something to me and I am suppose to feel good about getting screwed and find a way to enjoy the defeating actions against me.

### Social Interactions:

Too Loud, Too crowded, if you are not at the right place at the right time you will never get to play. Not enough to keep all of us busy so why go sit there when I can sit here.

Friday:

### Big Yard:

Too early, not long enough waste of time to walk out there.

### Diabetic Cooking Class:

If Sophia ever gets it in her mind the Diabetics can eat Real food with Real Spices only limit the amount I will return to class. Eating ½ Cup of Boiled Pasta is not appealing Add Salt, Pepper, and Spices like normal people would eat would be appealing to the taste and would draw people freely. The **AMOUNT** makes food Diabetic not the lack of taste.

### Big Yard:

Normally I attend this event because I am bored not having nothing to do the rest of the week. I normally walk around the small Yard.

---

# YOU ASKED ME TO BE HONEST

Truly this is a wonderful program and I have learned a lot about my addictive behavior. I would have offended again if it wasn't for this program teaching me the hurtful ways I was mistreating people and not seeing the effect I was causing people to go through. I am a level 3 with the attitude of a level 6. I am tired of this program and am ready to move on. I will prove to you all that I am a different man from where I was at the beginning of this program. This program works because I am ready to try something new called Transition. I am in need of a Career, life with a wife, happiness with my Father and Family. I can say I will never offend again, however showing you will be a better pleasure for me to do than to talk about.

---

- Have Classes that will lead me to victory of freedom.
- Have Arts and Crafts return to the fun it was and I will attend.
- FLAVOR up Diabetic Cooking Class
- Put me into walking classes

- I will start working the Tread Mill at night
- I am starting to cut back on smoking
- I want to get another job here so I can be productive and take pride in something I do
- I will get my level 4, and 5 and be released to Transition by Jan. 1, 2004

This is probably the last time I am going to try the program again, please work with me to complete these goals and return to life on the streets.

Sincerely Yours

Kenneth Mark Hay

**Larned State Hospital**
**Larned, Kansas**
**Integrated Progress Notes**
**CPR - 302**

Name:  HAY, KENNETH MARK
Case No:  S00005    Sex: Male
Unit:  SPTP - Dillon Annex III
Adm Date:  5/12/1995
Current Date:  1/9/2004

Page 1 of 2

## Progress Notes

| # | Description | Status |
|---|---|---|
| 01. Ken will be assigned to Group Therapy 3 times a week and individual sessions as needed, to work on finalizing his Relapse Prevention Plan in order to move into Transition. Keri Applequist, LCP | | Active - 05/05/2003 |
| 01. | Ken has not been doing much the last month. He has been sick, had hernia surgery and now has a sore hand. He attends groups but remains quiet or gives some limited feedback. Keri Applequist, LCP | Added - 01/07/2004 |
| 04. Ken will be assigned to Yard, Social Recreation, Gym/Swim, and Library to provide an avenue to maintain social interaction and avoid isolation. Dennis Smith or designee | | Active - 05/06/2003 |
| 01. | Ken has not met objective of 50% attendance for activities from 12-10-03 through 12-31-03.Ken had not attended Social Recreation, Gym & Swim or Library. Ken has not attended any scheduled activities for the new 12 week period starting 1-05-04. Sophia Smith ATT | Added - 01/09/2004 |
| 05. Staff will monitor and encourage Ken to take all medications and be prepared for all medication, meal and scheduled groups/ activity times. Licensed staff will explain to Ken the correlation between eating prescribed diet and the impact on his weight and cholesterol. Licensed staff will provide information concerning medical and psychiatric issues as needed. Jeannie Flamik, RN or designee; Anita Thomas, CTS or designee | | Active - 10/16/2003 |
| 01. | Ken was reported as refusing medication on 12/30/04. He has not been charted as missing a meal or snack. Susan Pelzel, CTS | Added - 01/09/2004 |
| 08. Prescribe and monitor resident's psychiatric medication for symptoms of depression, helplessness, worthlessness,crying spells and low self esteem.Resident provided with education on regarding side effects and benefits of Paxil. Will monitor for effectiveness and side effects, encouraging resident to report side effects to Treatment personnel. Order lab tests as needed. Dr. Leonardo Mabugot or designee | | Active - 05/06/2003 |
| 01. | Resident is as usual  friendly. Said that he is doing okay. Said we had a break during the holidays and I just sleep, I don't know if I was depressed or not. He takes his medication regularly without side effect.  he is also diabetic and said at times my blood  sugar go up. Jose Bulatao, M.D. | Added - 01/09/2004 |
| 11. Staff will encourage Ken to interact more with residents and staff outside of his room when not in groups and on weekends and evenings. Anita Thomas, CTS or designee | | Active - 07/31/2003 |
| 02. | It is documentated that Ken spent much of the Christmas break "sleeping" in his room until lunch. He did make it to lunch, however. He interacts with staff and peers some when he is out of his room. Susan Pelzel, CTS | Added - 01/09/2004 |
| 12. Ken will be assigned to Applications Class to aid him in successfully implementing constructive negotiation techniques. Joel Keith, Education Counselor | | Active - 10/16/2003 |
| 01. | No change.  Objective again not met.  Ken attended only 1/4 classes offered. Joel Keith, Educational Counselor | Added - 01/09/2004 |

**Exhibit 5-C**

# Larned State Hospital
## Larned, Kansas
## Integrated Progress Notes
### CPR - 302

**Name:** HAY, KENNETH MARK
**Case No:** S00005    **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 1/9/2004

**Page 2 of 2**

## Progress Notes

| # | Description | Status |
|---|---|---|
| | 13. MHS will obtain vital signs, weight & height monthly or as prescribed by the physician. Anita Thomas, CTS or designee | Active - 10/16/2003 |
| 01. | Ken's monthly vitals are recorded on 1/2/04. Susan Pelzel, CTS | Added - 01/09/2004 |
| | 15. Ken will be assigned to Leisure Arts and Crafts, and Woodshop once a week to broaden his knowledge of leisure skills. Sophia Smith ATT,or Designee | Active - 01/08/2004 |
| 01. | Ken has attended Leisure Arts & Crafts and Wood Shop as scheduled. Sophia Smith ATT | Added - 01/09/2004 |

Ann Applequist LCP 1/14/04

Team Leader / Date

**Larned State Hospital**
**Larned, Kansas**
**Integrated Progress Notes**
**CPR - 302**

**Name:** HAY, KENNETH MARK
**Case No:** S00005          **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 2/6/2004

Page 1 of 2

## Progress Notes

| # | Description | Status |
|---|-------------|--------|
| | 01. Ken will be assigned to Group Therapy 3 times a week and individual sessions as needed, to work on finalizing his Relapse Prevention Plan in order to move into Transition. Keri Applequist, LCP | Active - 05/05/2003 |
| 01. | Ken continues to do poorly in groups over the last month. In the last two days he had an RSA to present and attended which is an improvement. Ken was talked to by the clinical team regarding his lack of participation and the potential to be dropped to Level 2 if it continues. Keri Applequist, LCP | Added - 02/04/2004 |
| | 04. Ken will be assigned to Yard, Social Recreation, Gym/Swim, and Library to provide an avenue to maintain social interaction, avoid isolation and encourage physical activitiy to assist with weight management and improve medical conditions. Dennis Smith or designee | Active - 01/13/2004 |
| 01. | Ken continues to not meet objective of 50% attendance in activities from 1/9/04 to present date. Sophia Smith ATT | Added - 02/05/2004 |
| | 05. Staff will monitor and encourage Ken to take all medications and be prepared for all medication, meal and scheduled groups/ activity times. Licensed staff will explain to Ken the correlation between eating prescribed diet and the impact on his weight, cholesterol and diabetes. Staff will emphasize the importance of taking prescribed medication related to GERD. Licensed staff will provide information concerning medical and psychiatric issues as needed. Staff will perform Precision G testing as prescribed by physician. Jeannie Flamik, RN or designee; Anita Thomas, CTS or designee | Active - 01/13/2004 |
| 01. | Ken was reported as refusing medication on 12/30/04. He has not been charted as missing a meal or snack. Susan Pelzel, CTS | Added - 01/09/2004 |
| | 08. Prescribe and monitor resident's psychiatric medication for symptoms of depression, helplessness, worthlessness,crying spells and low self esteem.Resident provided with education on regarding side effects and benefits of Paxil. Will monitor for effectiveness and side effects, encouraging resident to report side effects to Treatment personnel. Order lab tests as needed. Dr. Bulatao or designee | Active - 01/13/2004 |
| 01. | Resident seen this morning. He is cooperative toward the examiner with good eye contact and adequate attention span. He was encouraged to elaborate about himself, being in the program here. He talked about his medical problem, himself being depressed and anxious.   He informed this writer that he is crying less, motivated to start going again to various activities but he is concerned about his habit of sleeping 18 to 20 hours a day.  Then he implied that his depression may be due to "my two lost sons one is jail for life and the other one institutionalized". Resident's medications were reviewed with him and he was informed about their benefits and possible side effects. Resident denies being suicidal, homicidal or having any active thoughts or plan. He was encourage to stay compliant to the medication and treatment plan. Myrtho Ceran, M. D. | Added - 02/06/2004 |
| | 11. Staff will encourage Ken to interact more with residents and staff outside of his room when not in groups and on weekends and evenings. Anita Thomas, CTS or designee | Active - 07/31/2003 |

Exhibit 5-D

**Larned State Hospital**
**Larned, Kansas**
**Integrated Progress Notes**
**CPR - 302**

**Name:** HAY, KENNETH MARK
**Case No:** S00005     **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 2/6/2004

Page 2 of 2

## Progress Notes

| # | Description | Status |
|---|---|---|
| | 11. Staff will encourage Ken to interact more with residents and staff outside of his room when not in groups and on weekends and evenings. Anita Thomas, CTS or designee | Active - 07/31/2003 |
| 02. | Kenneth has been interacting with residents and staff. He is reported to spend most of a shift in his room on occassion. Susan Pelzel, CTS | Added - 02/03/2004 |
| | 12. Ken will be assigned to Applications Class to aid him in developing skills necessary to negotiate without feeling like he is giving in or being victimized. Joel Keith, Education Counselor | Active - 01/13/2004 |
| 01. | No change. Objective again not met. Ken did attend 2/4 classes offered this past month. Joel Keith, ATII | Added - 02/06/2004 |
| | 13. MHS will obtain vital signs, weight & height monthly or as prescribed by the physician. Anita Thomas, CTS or designee | Active - 10/16/2003 |
| 01. | Ken's monthly vitals are recorded on 1/2/04. February vitals have not been offered yet. Susan Pelzel, CTS | Added - 02/03/2004 |
| | 15. Ken will be assigned to Leisure Arts and Crafts, and Woodshop once a week to broaden his knowledge of leisure skills. Sophia Smith ATT,or Designee | Active - 01/08/2004 |
| 01. | Ken has attended one Leisure Arts & Crafts as of 1/9/04 to present date.Ken is not in Wood Shop at present time due to conflicting schedules. Sophia Smith ATT | Added - 02/05/2004 |

Deni Applequist LCP  2/9/04

Team Leader / Date



From:  Kenneth Mark Hay

To:     Austin, and Committee

Re:     Our Meeting Concerning My Program

February 4, 2004


Since My slackness of the Program took awhile to become and lasted for such a long time, I have decided also to start My Goals slow so I will not become overwhelmed to the fact to starting everything at the same time.


## My Attentive Goals to Regain My Mobility Back to a Full Swing Program

### My First Month I will attain the following:

- I will keep my room clean and bed made at all times.
- I will stay awake during all program hours.
- I will be on time to all pill lines.
- I will attend all major groups assigned to me.
- I will have Three RSA's in this time frame a week.

### The Second Month I will add the following to My list:

- I will shower daily at night.
- I will attend three Activities a week.
- I will attend Arts and Crafts.
- I will attend at Least Two meals a day.
- I will have Five RSA's in this time frame a week.

### The Third Month I will add the following to My List:

- I will be in bed at Ten Fifteen:
- I will not Watch My VCR, or Play games after my Ten Fifteen bed time.
- I will start My Bible Study again, for this seemed helpful to my Spiritual and mental health.
- I will attend Five Activities a week.
- I will start working on My Sarcastic and hurtful remarks towards others.
- I will have Seven RSA's in this time frame a week.


**Exhibit 5-E**

## At Last I will add the following to My list:

*   To attend **all** My Scheduled Activities and Groups, and comply with all S.P.T.P. Rules and Regulations.
*   To Reapply as a Group Helper in Kristi's Groups that does not coincide with My Scheduled Program, or time set aside for achieving the above set goals.

My Goals set in the above statements can be monitored and recorded by Shift staff, and I will keep a personal record for a progress report back to this committee at the end of each month. To show what I can attain, and where I fall short in a forecasted future goals.

Thank you again Austin and Committee for giving me yet another chance to prove to you what I can Achieve when I set my mind towards the goal of achieving a law abiding, Ex-Sex Offender. This above contract I have made for me will begin the next day after the presentation and signing of this contract.

KENNETH MARK HAY

Witnesses of My Agreed Contract, and Signature Above:

_____

DOCTOR AUSTIN

THERAPIST MRS. KERI