# Larned State Hospital
# Larned, Kansas
# Integrated Progress Notes
# CPR - 302

**Name:** HAY, KENNETH MARK
**Case No:** S00005    **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 3/5/2004

Page 1 of 2

## Progress Notes

| # | Description | Status |
|---|---|---|
| 01. Ken will be assigned to Group Therapy 3 times a week and individual sessions as needed, to work on finalizing his Relapse Prevention Plan in order to move into Transition. Keri Applequist, LCP | | Active - 05/05/2003 |
| | 01. Ken continues to do poorly in groups over the last month. He has presented RSAs since he was talked to by the Clinical team but has recently contemplated requesting to be dropped to Level 2 which is a pattern of his old coping response. Keri Applequist, LCP | Added - 03/02/2004 |
| 04. Ken will be assigned to Yard, Social Recreation, Gym/Swim, and Library to provide an avenue to maintain social interaction, avoid isolation and encourage physical activitiy to assist with weight management and improve medical conditions. Dennis Smith or designee | | Active - 01/13/2004 |
| | 01. Ken has not met 50% objective for attendance in activities. Ken has attended Yard 3-3-04. Yard was offered instead of Gym & Swim due to the tunnels not being completed. Sophia Smith ATT | Added - 03/03/2004 |
| 05. Staff will monitor and encourage Ken to take all medications and be prepared for all medication, meal and scheduled groups/ activity times. Licensed staff will explain to Ken the correlation between eating prescribed diet and the impact on his weight, cholesterol and diabetes. Staff will emphasize the importance of taking prescribed medication related to GERD. Licensed staff will provide information concerning medical and psychiatric issues as needed. Staff will perform Precision G testing as prescribed by physician. Jeannie Flamik, RN or designee; Anita Thomas, CTS or designee | | Active - 01/13/2004 |
| | 01. Ken is 75% compliant with medications and staff encourages him to take the medications. Ken is encouraged to eat his prescribed diet and the resident is thrilled that he has lost almost 20 pounds since being placed on the diet. Information is provided for medications when they are prescribed. Ken is 100% compliant with Precision G testing in the last month. Carla K. Dietz, RN | Added - 03/03/2004 |
| 08. Prescribe and monitor resident's psychiatric medication for symptoms of depression, helplessness, worthlessness,crying spells and low self esteem.Resident provided with education on regarding side effects and benefits of Paxil. Will monitor for effectiveness and side effects, encouraging resident to report side effects to Treatment personnel. Order lab tests as needed. Dr. Bulatao or designee | | Active - 01/13/2004 |
| | 01. Resident is seen by me the afternoon 3-3-04 and as usual he is cooperative. We talked about what's going on with him. Said that he has been sleeping good, and so with his appetite. Said that he is not that depressed and with a scale of 1 to 10 with 10 most depressed he put himself on a 3. He has a happy mood and bright affect. Continue his medication. He has no side effects from his medication. Jose Bulatao, M. D. | Added - 03/03/2004 |
| 11. Staff will encourage Ken to interact more with residents and staff outside of his room when not in groups and on weekends and evenings. Anita Thomas, CTS or designee | | Active - 07/31/2003 |
| | 02. Kenneth has been interacting with residents and staff. He sometimes is sleeping | Added - 03/05/2004 |

**Exhibit 5-F**

**Larned State Hospital**
**Larned, Kansas**
**Integrated Progress Notes**
**CPR - 302**

**Name:** HAY, KENNETH MARK
**Case No:** S00005      **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 3/5/2004

Page 2 of 2

## Progress Notes

| # | Description | Status |
|---|---|---|
| | 11. Staff will encourage Ken to interact more with residents and staff outside of his room when not in groups and on weekends and evenings. Anita Thomas, CTS or designee | Active - 07/31/2003 |
| | when med line is called and needs to be called 2 or 3 times. Susan Pelzel, CTS | |
| | 12. Ken will be assigned to Applications Class to aid him in developing skills necessary to negotiate without feeling like he is giving in or being victimized. Joel Keith, Education Counselor | Active - 01/13/2004 |
| 01. | No progress towards this objective.  Ken did not attend any classes this past month.<br>Joel Keith, ATII | Added - 03/04/2004 |
| | 13. MHS will obtain vital signs, weight & height monthly or as prescribed by the physician. Anita Thomas, CTS or designee | Active - 10/16/2003 |
| 01. | Ken's monthly vitals are recorded on 2/5/04 and 3/1/04. Susan Pelzel, CTS | Added - 03/05/2004 |
| | 15. Ken will be assigned to Leisure Arts and Crafts, and Woodshop once a week to broaden his knowledge of leisure skills. Sophia Smith ATT,or Designee | Active - 01/08/2004 |
| 01. | Ken has not been attending Leisure Arts & Crafts class as scheduled weekly.Ken is not in Woodshop at present time due to conflicts in schedules.<br>Sophia Smith ATT | Added - 03/03/2004 |

Keri Applequist LCP 3/8/04

Team Leader / Date



**Larned State Hospital**
**Larned, Kansas**
**Integrated Progress Notes**
**CPR - 302**

Page 2 of 3

**Name:** HAY, KENNETH MARK
**Case No:** S00005                    **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 4/2/2004

## Progress Notes

| # | Description | Status |
|---|---|---|
| | 08. Prescribe and monitor resident's psychiatric medication for symptoms of depression, helplessness, worthlessness,crying spells and low self esteem.Resident provided with education on regarding side effects and benefits of Paxil. Will monitor for effectiveness and side effects, encouraging resident to report side effects to Treatment personnel. Order lab tests as needed. Dr. Bulatao or designee | Active - 01/13/2004 |
| | week. He said that he takes his medication regularly and no complaint of side effects due to the mediation. Jose Bulatao, M. D. | |
| | 11. Staff will encourage Ken to interact more with residents and staff outside of his room when not in groups and on weekends and evenings. Anita Thomas, CTS or designee | Active - 07/31/2003 |
| 02. | It is charted more often that Ken is in his room "most of the shift" than interacting with peers. He often needs to be called 2 or 3 times for med line. Susan Pelzel, CTS | Added - 04/02/2004 |
| | 12. Ken will be assigned to Applications Class to aid him in developing skills necessary to negotiate without feeling like he is giving in or being victimized. Joel Keith, Education Counselor | Active - 01/13/2004 |
| 01. | Monthly AT Progress Note: No progress towards this objective. Ken again did not attend any classes this past month. Joel Keith, ATII | Added - 04/02/2004 |
| | 13. MHS will obtain vital signs, weight & height monthly or as prescribed by the physician. Anita Thomas, CTS or designee | Active - 10/16/2003 |
| 01. | Ken's vitals are recorded on 2/5/04 and 3/1/04 - monthly as ordered by physician. Susan Pelzel, CTS | Added - 04/02/2004 |
| | 15. Ken will be assigned to Leisure Arts and Crafts, and Woodshop once a week to broaden his knowledge of leisure skills. Sophia Smith ATT,or Designee | Active - 01/08/2004 |
| 01. | Ken does not attend Leisure Arts & Crafts class as scheduled weekly. Sophia Smith ATT | Added - 04/01/2004 |

## Open Progress Notes

| # | Description | Status |
|---|---|---|
| 01. | Ken was seen in an individual at his request. He stated that he'd had a bad night after getting in trouble for being in the dayhall without a shirt on. Ken said that he is having problems with feelings of entitlement and thinks that since he's more comfortable with his body and this is his home he shouldn't have to put on a shirt just to go to the dayhall for coffee. He went on to state that he is tired of this place and would like to move on or move out. When asked what this meant he said either return to prison or move into transition. Ken is off of parole at this time so he stated that he was thinking of a way to catch a new charge that would be long enough to keep him from coming back to SPTP. When asked what type of action that would take, he chuckled and stated that he wasn't going to give me that information to chart on him. Continued to explain the reasoning for shirts being necessary outside his room which appeared to be helpful for Ken. As he left, Ken asked how close he was to Level 4 and his lack of progress and feelings of entitlement are still tripping him up in his movement | Added - 03/10/2004 |

**Exhibit 5-G**

**Larned State Hospital**
**Larned, Kansas**
**Integrated Progress Notes**
**CPR - 302**

Name: HAY, KENNETH MARK
Case No:  S00005    Sex: Male
Unit: SPTP - Dillon Annex III
Adm Date:  5/12/1995
Current Date:  4/2/2004

Page 1 of 3

## Progress Notes

| # | Description | Status |
|---|---|---|
| | **01. Ken will be assigned to Group Therapy 3 times a week and individual sessions as needed, to work on finalizing his Relapse Prevention Plan in order to move into Transition. Keri Applequist, LCP** | Active - 05/05/2003 |
| 01. | Ken has attended 6 out of the 8 regular therapy groups and none of the optional groups that discuss RP Plans and victim sheets/sexual behaviors. During the last month he has presented only one RSA rather than the one a week as assigned. Ken usually remains quiet during groups. Ken will be transferring to Dennis Smith's, PC caseload as of April 2004. Dennis has been attending groups to familiarize himself with Ken. Keri Applequist, LCP | Added - 03/30/2004 |
| | **04. Ken will be assigned to Yard, Social Recreation, Gym/Swim, and Library to provide an avenue to maintain social interaction, avoid isolation and encourage physical activitiy to assist with weight management and improve medical conditions. Dennis Smith or designee** | Active - 01/13/2004 |
| 01. | Ken continues to not meet 50% objective for attendance in activities. Sophia Smith ATT | Added - 04/01/2004 |
| | **05. Staff will monitor and encourage Ken to take all medications and be prepared for all medication, meal and scheduled groups/ activity times. Licensed staff will explain to Ken the correlation between eating prescribed diet and the impact on his weight, cholesterol and diabetes. Staff will emphasize the importance of taking prescribed medication related to GERD. Licensed staff will provide information concerning medical and psychiatric issues as needed. Staff will perform Precision G testing as prescribed by physician. Jeannie Flamik, RN or designee; Anita Thomas, CTS or designee** | Active - 01/13/2004 |
| 01. | Ken is 80% compliant with medications and staff encourages him to take the medications. Ken often has to be called out of his room to take the medication and is encouraged by staff to take responsibility for being at medication line on time. Ken is encouraged to eat his prescribed diet and the resident is thrilled that he has lost almost 20 pounds since being placed on the diet. Information is provided for medications when they are prescribed by the physician. Ken is 100% compliant with Precision G testing in the last month. Carla K. Dietz, RN | Added - 03/30/2004 |
| 02. | On 2/5/04 Ken weighted 242. On 3/1/04 he weighed 247. According to the meal flowsheet, he is 70% compliant with eating meals from the cafeteria. Susan Pelzel, CTS | Added - 04/02/2004 |
| | **08. Prescribe and monitor resident's psychiatric medication for symptoms of depression, helplessness, worthlessness,crying spells and low self esteem.Resident provided with education on regarding side effects and benefits of Paxil. Will monitor for effectiveness and side effects, encouraging resident to report side effects to Treatment personnel. Order lab tests as needed. Dr. Bulatao or designee** | Active - 01/13/2004 |
| 02. | Met with resident this afternoon and he's cooperative with a happy mood and higher effect. He report of not much depression and with a scale of 1 to 10, 10 the most depressed He said, "3." He claimed that he felt depressed only 2 times a month but, most of the depression is situational and it last about 2 days to a | Added - 04/02/2004 |

**Larned State Hospital**
**Larned, Kansas**
**Integrated Progress Notes**
**CPR - 302**

**Name:** HAY, KENNETH MARK
**Case No:** S00005    **Sex:** Male
**Unit:** SPTP - Dillon Annex III
**Adm Date:** 5/12/1995
**Current Date:** 4/2/2004

**Page 3 of 3**

## Open Progress Notes

| # | Description | Status |
|---|-------------|--------|
|   | through the program.  Keri Applequist, LCP | |
| 02. | I will be Ken's primary therapist starting April 1-04. I have been attending Ken's groups for the last two weeks. Dennis Smith PC. | Added - 03/31/2004 |

*Keri Applequist LCP 4/5/04*

Team Leader / Date

**Treatment Summary for Group and Individual Treatment Sessions**
**for KENNETH HAY in 2003-2005**

| Date | Therapy Type | Therapist | Attended? Yes | Attended? No | Progress Note Summary |
|---|---|---|---|---|---|
| 1/16/03 | Group | Keri Applequist | | X | Group cancelled due to training. |
| 1/22/03 | Group | Keri Applequist | X | | Attentive - did not participate in group discussion. |
| 1/23/03 | Group | Keri Applequist | X | | Attentive - gave feedback but not on personal issues. |
| 1/27/03 | Group | Keri Applequist | X | | Attentive - gave feedback but not on personal issues. |
| 1/29/03 | Group | Keri Applequist | X | | Attentive but quiet. |
| 1/30/03 | Group | Keri Applequist | X | | Attentive - gave feedback about being around children. |
| 2/3/03 | Group | Keri Applequist | X | | Gave feedback about factors and high risk situations. Concerned about being taken off Depakote. |
| 2/5/03 | Group | Keri Applequist | X | | Attentive. |
| 2/6/03 | Group | Keri Applequist | X | | Attentive but quiet. |
| 2/10/03 | Group | Keri Applequist | X | | Attentive but quiet. |
| 2/12/03 | Group | Keri Applequist | X | | Attentive but quiet. Gave some input at end of group. |
| 2/13/03 | Group | Keri Applequist | X | | Discussed going through Relapse Prevention plan using alphabet to make sure it's complete (A=anger). |
| 2/17/03 | Group | Keri Applequist | X | | Discussed his effectiveness through appropriate communication skills. |
| 2/17/03 | Group | Keri Applequist | X | | Added to discussion, no personal information. |
| 2/20/03 | Group | Keri Applequist | | X | Excused due to day off. |
| 2/24/03 | Group | Keri Applequist | X | | Discussed support group and future goals. Gave feedback to other presenting resident. |
| 2/26/03 | Group | Keri Applequist | X | | Brought up inappropriate comments by resident regarding staff and how it was sexual harassment. |
| 2/27/03 | Group | Keri Applequist | X | | Remained quiet. |
| 3/3/03 | Group | Keri Applequist | X | | Quiet but gave some feedback to others. |

**Exhibit 5-H**

| Date | Therapy Type | Therapist | Attended? Yes | Attended? No | Progress Note Summary |
|------|--------------|-----------|:---:|:---:|----------------------|
| 3/5/03 | Group | Keri Applequist | X | | Listened and wanted to give feedback at end of group, but ran out of time. |
| 3/6/03 | Group | Keri Applequist | X | | Remained quiet. |
| 3/12/03 | Group | Keri Applequist | X | | Didn't work on personal issues, but gave others feedback. |
| 3/13/03 | Group | Keri Applequist | X | | Listened quietly to others and didn't address personal issues. |
| 3/17/03 | Group | Keri Applequist | X | | Continued on A-Z plan. Discussed jokes, promise keepers, transparent living. Handled negative feedback well. |
| 3/19/03 | Group | Keri Applequist | X | | Listened quietly. Didn't work on personal issues. Left for x-rays. |
| 3/20/03 | Group | Keri Applequist | | X | Ken was off today. |
| 3/24/03 | Group | Keri Applequist | X | | Remained quiet. |
| 3/26/03 | Group | Keri Applequist | X | | Remained quiet. Didn't work on personal issues. |
| 3/27/03 | Group | Keri Applequist | X | | Didn't discuss personal objectives. Discussed how HUD housing was a high risk due to amount of children in these areas. |
| 4/7/03 | Group | Keri Applequist | X | | Didn't address personal objectives, but gave feedback to another resident regarding masturbation and fantasies. |
| 4/9/03 | Group | Keri Applequist | X | | Didn't work on personal objectives. Asked resident if he would be jealous when Ken made level 5 and got the same privileges and was no longer "special". |
| 4/10/03 | Group | Keri Applequist | X | | Didn't address personal issues. Gave feedback to another resident. |
| 4/14/03 | Group | Keri Applequist | X | | Didn't address personal issues. Stated spending all of his time transferring computer files to new computer. |
| 4/16/03 | Group | Keri Applequist | X | | Didn't address personal issues. Listened to discussion and offered input. |
| 4/17/03 | Group | Keri Applequist | X | | Was upset about not getting soap when he didn't go through treatment team. When exception wasn't made, said, "Fine, how will you like it sitting by me for a month and I won't shower." |
| 4/21/03 | Group | Keri Applequist | X | | Didn't address personal objectives, but was confronted about his problem-solving/ communication skills with community issues. |
| 4/23/03 | Group | Keri Applequist | X | | Remained quiet. |

| Date | Therapy Type | Therapist | Attended? Yes | Attended? No | Progress Note Summary |
|------|--------------|-----------|:---:|:---:|------------------------|
| 4/28/03 | Group | Keri Applequist | X | | Didn't work on personal objectives, but discussed victim consequences with presenting resident. |
| 4/28/03 | Individual | Keri Applequist | X | | Discussed how he needs to work on thinking errors and anger have still been a problem and how he's handling them. |
| 4/30/03 | Group | Keri Applequist | X | | Remained quiet. Didn't address personal objectives. |
| 5/1/03 | Group | Keri Applequist | X | | Read an RSA on putting his program on hold for two weeks while he transferred computer disks. Discussed time management and multi-tasking. |
| 5/5/03 | Group | Keri Applequist | X | | Began reading some more of his A-Z RP plan. He received feedback which he accepted well. |
| 5/7/03 | Group | Keri Applequist | X | | Attentive, but didn't address personal objectives. |
| 5/8/03 | Group | Keri Applequist | X | | Read an RSA regarding his computer and another resident wanting to try it. Had good challenges and was attentive during groups. |
| 5/14/03 | Group | Keri Applequist | X | | Attentive but quiet. Didn't address personal issues. |
| 5/19/03 | Group | Keri Applequist | X | | Attentive. Read an RSA about smoke breaks and an incident that morning. |
| 5/21/03 | Group | Keri Applequist | X | | Attentive and gave feedback to presenting resident. |
| 5/28/03 | Group | Keri Applequist | X | | Listened quietly to presenting resident. Didn't address personal issues. |
| 5/29/03 | Group | Keri Applequist | X | | Presented an RSA in group. Was attentive and gave feedback to others. |
| 6/2/03 | Group | Keri Applequist | X | | Read an RSA about another resident peaking on him in the toilet. Did good job decreasing his anger. |
| 6/4/03 | Group | Keri Applequist | X | | Attentive but quiet. Didn't address personal issues. |
| 6/5/03 | Individual | Keri Applequist | X | | Excused from group. Discussed the situation with his son and concern of excusing him from group to think about this for a whole week. He was ok with this. |
| 6/9/03 | Group | Keri Applequist | X | | He read a letter he wrote to his son in group to receive feedback. He appeared more at east and less emotionally drained. Involved himself in other group topics. |
| 6/12/03 | Group | Keri Applequist | X | | Gave feedback to others but didn't address personal issues. Appeared to have problems staying awake. |

| Date | Therapy Type | Therapist | Attended? | | Progress Note Summary |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 6/16/03 | Group | Keri Applequist | X | | Read an RSA on hogging the halls and then asked for feedback on how he was doing and what he needs to address to make level 5. |
| 6/19/03 | Group | Keri Applequist | X | | Listened attentively. Didn't address personal issues. |
| 6/23/03 | Group | Keri Applequist | X | | Listened attentively. Didn't address personal issues. |
| 6/25/03 | Group | Keri Applequist | X | | Attentive but quiet. Didn't address personal objectives. |
| 6/26/03 | Group | Keri Applequist | X | | Read an RSA/journal on realizing how important his RP plan is after he list it. |
| 7/7/03 | Group | Keri Applequist | X | | Didn't address personal objectives, but gave feedback to others. |
| 7/9/03 | Group | Keri Applequist | X | | Attentive but quiet. Didn't address personal issues. |
| 7/10/03 | Group | Keri Applequist | X | | Discussed his computer breaking down and therefore couldn't work on his RP plan. When given the issue of using the unit computer he replied that this computer will have his life on it. |
| 7/14/03 | Group | Keri Applequist | X | | He told the group that he's cycling and not working on his job and RP plan. His room is a mess and he's not been showering. He is to write the steps he's going to do to get back on track. |
| 7/16/03 | Group | Keri Applequist | X | | Attentive but quiet. Didn't address personal issues. |
| 7/17/03 | Group | Keri Applequist | X | | Listened quietly but did not add to discussion. |
| 7/21/03 | Group | Keri Applequist | X | | Has cleaned his room but is still struggling with depression. Hasn't come up with steps to stop his various cycling. As a deterrent to re-offend, he stated he won't drive a car or wear sweats. |
| 7/23/03 | Group | Keri Applequist | X | | Sat quietly looking at the floor. Did not actively engage in discussion. He put in to have his antidepressants increased. |
| 7/24/03 | Group | Keri Applequist | | X | He had the day off. |
| 7/28/03 | Group | Keri Applequist | X | | Sat quietly and did not participate in group discussion. |
| 7/30/03 | Group | Keri Applequist | X | | Listened to discussion and gave some feedback to the other residents. |
| 7/31/03 | Group | Keri Applequist | X | | Was 10 minutes late. He listened to the discussion, but did not interact. |
| 8/7/03 | Group | Pat Beard | X | | Attentive but quiet. |

Page 4

| Date | Therapy Type | Therapist | Attended? | | Progress Note Summary |
|------|--------------|-----------|-----------|-----|------------------------|
| | | | Yes | No | |
| 8/11/03 | Group | Keri Applequist | X | | He reported that he's spending more time out of his room with others and that his depression is lightening up. Feels Budget class is a waste but encouraged to go. |
| 8/13/03 | Group | Keri Applequist | X | | Listened to discussion but did not participate. |
| 8/14/03 | Group | Keri Applequist | X | | Addressed personal issues but gave feedback using personal examples. |
| 8/18/03 | Group | Keri Applequist | X | | He gave an update on depression and that he's sleeping more. Feels his son's legal situation is adding to depression. Voiced comfort in having control over his release by completing his RP plan. |
| 8/20/03 | Group | Keri Applequist | X | | Listened quietly. Did not offer feedback or personal work. |
| 8/21/03 | Group | Keri Applequist | | X | He had the day off. |
| 8/25/03 | Group | Keri Applequist | X | | He told the group he discontinued all medication when he was told about his 30-day probation. He indicated he has more energy since then. |
| 8/27/03 | Group | Keri Applequist | X | | He asked the group for feedback since he discontinued his medication, received mixed responses. |
| 8/28/03 | Group | Keri Applequist | | X | He had the day off. |
| 9/3/03 | Group | Keri Applequist | X | | Came prepared to present, but ran out of time. Remained quiet. |
| 9/4/03 | Group | Austin DesLauriers | X | | He presented as an issue to group his sense of victimization at having to take the PPG. He received feedback from group members that he did not have to take the PPG but was unswayed. He had given every appearance of having worked this issue through at a special session with this therapist five days earlier with this therapist and was somewhat at a loss to explain why he had thanked the therapist for his help on Saturday and was now castigating him and the program on Thursday. |
| 9/8/03 | Group | Keri Applequist | X | | He discussed a log he's worked on tracking his moods, program participation, sleeping, and blood sugar. Encouraged him to write goals and sign them. He felt it was childish and wasn't going to do this. |
| 9/10/03 | Group | Keri Applequist | X | | Actively listened and gave feedback, but didn't address personal issues. |
| 9/11/03 | Group | Keri Applequist | X | | He listened to the discussion, then brought attention to himself and group format needing to be changed because it wasn't helping him. |
| 9/15/03 | Group | Keri Applequist | X | | He discussed the budget form he made and then gave some feedback to other residents. |

| Date | Therapy Type | Therapist | Attended? | | Progress Note Summary |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 9/17/03 | Group | Keri Applequist | X | | Listened to presenting resident, gave feedback, but didn't address personal issues. |
| 9/22/03 | Group | Keri Applequist | X | | Gave feedback, but didn't address personal issues. |
| 9/24/03 | Group | Keri Applequist | X | | Listened to discussion and gave limited feedback, but didn't address personal issues. |
| 9/25/03 | Group | Keri Applequist | X | | Listened to discussion and gave feedback, but didn't address personal issues |
| 9/29/03 | Group | Keri Applequist | X | | Gave feedback on thoughts of rejection vs. abandonment, but didn't address personal issues. |
| 10/1/03 | Group | Keri Applequist | X | | Remained quiet. |
| 10/2/03 | Group | Keri Applequist | X | | Listened and gave feedback, but didn't address personal issues. |
| 10/13/03 | Group | Keri Applequist | X | | Gave limited feedback to others, but didn't address personal issues. |
| 10/16/03 | Group | Keri Applequist | X | | Ken read an RSA on his computer and how he hasn't received it back for 5 months from being fixed. |
| 10/20/03 | Group | Keri Applequist | X | | Gave some limited feedback, but didn't address personal issues. |
| 10/22/03 | Group | Keri Applequist | X | | Read some of his RP plan for group discussion. He received feedback on his depression and needing to ask for help rather than waiting for others to come to him. |
| 10/23/03 | Group | Keri Applequist | X | | Viewed the video of the motivational speaker. |
| 10/27/03 | Group | Keri Applequist | X | | Listened to others presentations, asked questions for further clarification. |
| 10/29/03 | Group | Keri Applequist | X | | Was late to group due to smoking. Didn't present anything but listened to others. |
| 11/3/03 | Group | Keri Applequist | X | | Remained quiet. |
| 11/6/03 | Group | Keri Applequist | X | | He was upset about his level being on probation. He wrote an RSA without challenges. He became upset when challenges were given and was excused from group. |
| 11/10/03 | Group | Keri Applequist | X | | He was upset about his situation. He reported he cries all of the time and was going to increase his medications. Group encouraged him to challenge his negative thoughts which reinforce his depression. |
| 11/12/03 | Group | Keri Applequist | | X | He did not attend this optional group that discusses RP plans and victim sheets. |

| Date | Therapy Type | Therapist | Attended? | | Progress Note Summary |
|------|--------------|-----------|-----------|---|----------------------|
| | | | Yes | No | |
| 11/13/03 | Group | Keri Applequist | X | | He presented an RSA discussing setting daily goals for himself rather than fantasizing about getting released and will happen to him then. |
| 11/17/03 | Group | Keri Applequist | X | | Listened to discussion, but didn't address personal issues. |
| 11/19/03 | Group | Keri Applequist | | X | He did not attend this optional group. |
| 11/20/03 | Group | Keri Applequist | X | | He presented his RSA about receiving his computer but no plug in. |
| 11/24/03 | Group | Keri Applequist | X | | Listened and gave feedback to others, but didn't address personal issues. |
| 11/26/03 | Group | Keri Applequist | | X | He did not attend this optional group that reviews RP plans and victim sheets. |
| 12/1/03 | Group | Keri Applequist | X | | Remained quiet. |
| 12/4/03 | Group | Keri Applequist | X | | He read his RSA in group about the Thanksgiving meal. |
| 12/4/03 | Group | Keri Applequist | X | | He asked about his progress related to getting honorary level 4. He admitted to not attending activities and Joel's classes due to lack of motivation. He indicated that his depression is better. |
| 12/8/03 | Group | Keri Applequist | | X | He was excused from this group due to inability to use stairs after surgery. |
| 12/11/03 | Group | Keri Applequist | | X | He was excused from group for medical reasons |
| 12/15/03 | Group | Keri Applequist | X | | He listened to others, but didn't have any personal issues to discuss. |
| 1/5/04 | Group | Keri Applequist | X | | Remained quiet. Appeared to be in pair from his surgery. |
| 1/7/04 | Group | Keri Applequist | X | | He attended this optional group that discusses RP plans and victim sheets. He asked questions of the presenting resident. |
| 1/8/04 | Group | Keri Applequist | | X | He did not attend group. It's reported that he's staying up all night working on his computer. |
| 1/12/04 | Group | Keri Applequist | | X | He did not attend this group. |
| 1/14/04 | Group | Keri Applequist | | X | He did not attend this optional group on RP plan and victim sheets. |
| 1/15/04 | Group | Keri Applequist | X | | He attended group but was not prepared and remained quiet. |
| 1/21/04 | Group | Keri Applequist | | X | He did not attend this optional group. |

| Date | Therapy Type | Therapist | Attended? Yes | Attended? No | Progress Note Summary |
|---|---|---|---|---|---|
| 1/22/04 | Group | Keri Applequist | X | | He attended group but did not have an RSA and remained quiet. |
| 1/26/04 | Group | Keri Applequist | | X | He was medically excused. |
| 1/28/04 | Group | Keri Applequist | | X | He did not attend this optional group. |
| 1/29/04 | Group | Keri Applequist | X | | He attended group and was prepared with an RSA. |
| 2/2/04 | Group | Keri Applequist | X | | He informed the group of his father's and son's situation and the stress it causes for him. He said he's stuffing his feelings and blew up on another resident. |
| 2/4/04 | Group | Keri Applequist | | X | He did not attend this optional meeting. |
| 2/8/04 | Group | Keri Applequist | X | | He didn't have an RSA prepared for group, but read and signed a contract agreement he had made to regain his work in the program. |
| 2/9/04 | Group | Keri Applequist | X | | He was five minutes late for group.  He listened quietly to the group discussion. |
| 2/11/04 | Group | Keri Applequist | X | | He did not attend this optional group. |
| 2/12/04 | Group | Keri Applequist | X | | He presented his RSA and received feedback on not having any challenges. |
| 2/16/04 | Group | Keri Applequist | X | | He was excused on a transport. |
| 2/18/04 | Group | Keri Applequist | X | | He did not attend this optional group. |
| 2/19/04 | Group | Keri Applequist | X | | He read is RSA and then discussed his thoughts of requesting level 2 and taking core classes over since he's not motivated to follow the plan he set for himself. |
| 2/23/04 | Group | Keri Applequist | X | | Remained quiet. |
| 2/26/04 | Group | Keri Applequist | X | | He discussed his thoughts related to his request of dropping to level 2.  He has since decided not to turn in the request. |
| 3/1/04 | Group | Keri Applequist | X | | Remained quiet. |
| 3/3/04 | Group | Keri Applequist | | X | He did not attend this optional group on victim sheets or RP plans. |
| 3/8/04 | Group | Keri Applequist | X | | Remained quiet. |
| 3/10/04 | Individual | Keri Applequist | X | | He requested to be seen since he had a stressful night.  He got in trouble for not wearing his shirt in the day hall and stated he feels entitled to various things.  See open prog note. |

| Date | Therapy Type | Therapist | Attended? Yes | Attended? No | Progress Note Summary |
|------|-------------|-----------|:---:|:---:|------|
| 3/10/04 | Group | Keri Applequist | | X | He did not attend this optional group. |
| 3/11/04 | Group | Keri Applequist | X | | Did not present an RSA. |
| 3/15/04 | Group | Keri Applequist | X | | Gave feedback to others, but did not bring up personal issues. |
| 3/17/04 | Group | Keri Applequist | | X | He did not attend this optional group. |
| 3/18/04 | Group | Keri Applequist | X | | He presented his RSA on dealing with a friend and a disagreement they had. He felt he was in the right. |
| 3/22/04 | Group | Keri Applequist | X | | Remained quiet. |
| 3/24/04 | Group | Keri Applequist | | X | He did not attend this optional group. |
| 3/25/04 | Group | Keri Applequist | | X | He did not attend group. Staff indicated he was sleeping and was not excused. |
| 7/7/04 | Group | Craig Dunn | | X | He did not attend group. Reported no interest to participatre in group, has submitted 1 RSA that was discussed in individual counseling on 7/1/04. |
| 7/9/04 | Group | Craig Dunn | | X | He did not attend group. |
| 7/14/04 | Group | Craig Dunn | | X | He did not attend group. |
| 7/16/04 | Group | Craig Dunn | | X | He did not attend group. |
| 7/19/04 | Group | Craig Dunn | | X | He did not attend group. |
| 7/21/04 | Group | Craig Dunn | | X | He did not attend group. |
| 7/21/04 | Individual | Craig Dunn | X | | He voiced concern regarding continued presence at SPTP; did commit to initiating group attendance/participation. |
| 7/23/04 | Group | Craig Dunn | X | | Shared treatment perspective that he composed entitled "Spiritual Warfare"/conflict between religious beliefs and SPTP. Limited reception to feedback. |
| 7/26/04 | Group | Craig Dunn | X | | Counseling in attendance; continued discussion of 7/23/04. Some increased reception to feedback, however, he maintains he cannot comply with SPTP and be 'True to God'. |
| 7/28/04 | Group | Craig Dunn | | X | He did not attend group. |
| 7/30/04 | Group | Craig Dunn | | X | He did not attend group. |

| Date | Therapy Type | Therapist | Attended? | | Progress Note Summary |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 8/2/04 | Group | Craig Dunn | | X | He did not attend group. |
| 8/4/04 | Group | Craig Dunn | | X | He did not attend group. |
| 8/9/04 | Group | Craig Dunn | | X | He did not attend group. |
| 8/11/04 | Group | Craig Dunn | | X | He did not attend group. |
| 8/27/04 | Group | Craig Dunn | X | | During 8/04, he resigned from group. |
| 8/27/04 | Individual | Craig Dunn | X | | PC met with him several times on an individual basis; he continues to maintain he can't work the program and be God like. |
| 10/5/04 | Group | Steven Walters | X | | He inquired about doing an RP plan when he has his completed during group. |
| 10/7/04 | Group | Steven Walters | X | | He responded to the personal issue of another resident during group. |
| 10/8/04 | Group | Steven Walters | X | | During the group therapy session, he presented an RSA in regard to the previous group. |
| 10/12/04 | Group | Steven Walters | X | | He discussed victim polygraph and a personal issue. |
| 10/14/04 | Group | Steven Walters | | X | He did not attend. |
| 10/15/04 | Group | Steven Walters | X | | He shared an RSA with the group with regard to teaching residents computer skills. |
| 10/19/04 | Group | Steven Walters | X | | He discussed the Kosher diet of another resident. |
| 10/21/04 | Group | Steven Walters | X | | He responded to the RP plan of another resident three times. |
| 10/22/04 | Group | Steven Walters | X | | He responded to the RSA of another resident and presented and RSA to the other residents during group. |
| 11/2/04 | Group | Steven Walters | X | | He discussed the personal issue of charging phases in the middle of a quarter. |
| 11/4/04 | Group | Steven Walters | | X | He did not attend. |
| 11/5/04 | Group | Steven Walters | | X | He did not attend. |
| 11/9/04 | Group | Steven Walters | | X | He did not attend. |
| 11/12/04 | Group | Steven Walters | | X | He did not attend. |
| 11/16/04 | Group | Steven Walters | | X | He did not attend. |

| Date | Therapy Type | Therapist | Attended? | | Progress Note Summary |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 11/18/04 | Group | Steven Walters | | X | He did not attend. |
| 11/19/04 | Group | Steven Walters | | X | He did not attend. |
| 11/23/04 | Group | Steven Walters | | X | He did not attend. |
| 11/30/04 | Group | Steven Walters | | X | He did not attend. |
| 12/2/04 | Group | Steven Walters | | X | He did not attend. |
| 12/3/04 | Group | Steven Walters | | X | He did not attend. |
| 12/7/04 | Group | Steven Walters | | X | He did not attend. |
| 12/9/04 | Group | Steven Walters | | X | He did not attend. |
| 12/10/04 | Group | Steven Walters | | X | He did not attend. |
| 12/14/04 | Group | Steven Walters | | X | He did not attend. |
| 12/16/04 | Group | Steven Walters | | X | He did not attend. |
| 12/17/04 | Group | Steven Walters | | X | He did not attend. |
| 12/21/04 | Group | Steven Walters | | X | He did not attend. |
| 12/23/04 | Group | Steven Walters | | X | He did not attend |
| 1/4/05 | Group | Steven Walters | | X | Was cancelled due to weather. |
| 1/6/05 | Group | Steven Walters | | X | He did not attend. |
| 1/7/05 | Group | Steven Walters | | X | He did not attend. |
| 1/11/05 | Group | Steven Walters | X | | He shared thoughts on Victim Sheets with other group members. |
| 1/13/05 | Group | Steven Walters | X | | He responded to the personal issue of another resident. |
| 1/14/05 | Group | Steven Walters | | X | He is excused from group due to excessive back pain. |
| 1/20/05 | Group | Steven Walters | | X | He did not attend. |
| 1/21/05 | Group | Steven Walters | | X | He did not attend. |

| Date | Therapy Type | Therapist | Attended? | | Progress Note Summary |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 1/25/05 | Group | Steven Walters | | X | He did not attend. |
| 1/27/05 | Group | Steven Walters | | X | He did not attend. |
| 1/28/05 | Group | Steven Walters | | X | He did not attend. |
| 2/1/05 | Group | Steven Walters | | X | Group was cancelled. |
| 2/3/05 | Group | Steven Walters | | X | He did not attend. |
| 2/4/05 | Group | Steven Walters | | X | He did not attend. |
| 2/8/05 | Group | Steven Walters | | X | He did not attend. |
| 2/11/05 | Group | Steven Walters | | X | He did not attend. |
| 2/15/05 | Group | Steven Walters | | X | He did not attend. |
| 2/17/05 | Group | Steven Walters | | X | He did not attend. |
| 2/18/05 | Group | Steven Walters | | X | He did not attend. |
| 2/22/05 | Group | Steven Walters | | X | He did not attend. |
| 2/24/05 | Group | Steven Walters | | X | He did not attend. |
| 2/25/05 | Group | Steven Walters | | X | He did not attend. |

To MS: Mary Sumner

August 30, 2004

     I am Kenneth Mark Hay, although you do not know me, you may have heard my name mentioned about coming to transition house, it may have been a long time age though. I am presently sitting on level 2 at S.P.T.P., although I have completed the entire program requirements. I was a level 4 here and held that position for quite a long time. Due to several thoughts and actions I put myself on level 2. I would like a chance to prove myself to you and society that I have changed for the better, and to become a productive citizen living my life in a structured lifestyle and accountable to you and the courts until the courts deems it is no longer needed.

     I am requesting a meeting with the staff here, and wish very much for your attendance in that meeting. It will possibly be in the future for I requested 16 people besides myself to be at this meeting. All except Austin and yourself will be easy to gather together. If you could get with Austin and set an appointment that you could set aside, I would be grateful and anticipate meeting with you.

     I am sending the group requested, the cover sheet so they can E-mail each other and set a time. I am only sending you a copy of the questions I would liked answered. If you would like to ask any questions of me or the group about me this will give you the opportunity to get prepared before this meeting.


     Thank you for your Time, Help, and Concern in this matter.


Respectfully Submitted:

Mr. Kenneth Mark Hay
S.P.T.P. Dillon W. 1
Route #3 P.O. Box 89
Larned, Kansas 67550
(620)285-8920

**Exhibit 5-I**

## QUESTIONS I WOULD LIKED ANSWERED:

1) On a scale of 0-100% where do I fall in escape risk, in your opinion.

2) Disregarding my crimes for according to them I will never change. While you have known me what percentage of risk to offend do I fall scaled 0-100%.

3) What percent 0-100% are my chances of failure to comply with rules while in transition?

4) What percentage in your opinion would I succeed in transition and become a productive citizen in whatever community that I chose to live in.

5) In your opinion If I comply with the guidelines that are agreed to in this meeting, how long will it be before I reach transition?

6) What is transition looking for in a candidate for their program?

7) What do I need to do to become a candidate for their program?

8) If I complete transition's requirements how long before I can reach transition?

    This meeting and staff's answers will never leave my mouth. I haven't and will not tell residents about the meeting or agreements that we come up with, it is not their concern, and I don't want anyone to copy cat what I am doing. I don't trust residents not to try to fool their way out of the program. Just as many convicts say they will mail money back to me when they get out, and staff say they care and are our friends trust me, and some Christians hide behind the cross to avoid change. What if one sends money, one is a friend, and one truly has been found by God the Father. I am the one, if someone else comes to you with a clear plan as I am offering it will be from his heart, not my mouth. Whatever percentage staff sees me at, I will not hold it against them I want honest, unbias feedback free from holding jobs over their heads and free to express their feelings openly. The Truth shall prevail no matter who's feelings gets hurt.

TO:          THE POWERS TO BE
FROM:      Kenneth Mark Hay
RE:           Moving on with my life

August 30, 2004

## REQUESTING ATTENDANCE OF:

**CLINICAL:**          Keri Applequest
                       Creg
                       Dennis

**MEDICAL STAFF:** Dr.Ceran
                       Luann
                       Marylnn
                       Kenneth P.

**CTS:**               Ronda
                       Frank

**MHS:**               Jeff B.
                       Thomas M.
                       Sandy
                       Diane J.
                       Robert C.

## PROGRAM DIRECTORS:

                       DR. Austin S.P.T.P.
                       MS: Mary Sumner Director of Transition

I feel I am ready to make a change, to move on with my life. However some stipulations will have to be made to allow me to progress in a Godly manner.

### Therapy Groups

I have attended my last therapy group that is based on tearing down myself, and beating myself up with my past behavior. It is time to heal up old wounds and move on with helpful Godly thoughts, that will build my future, to become a useful part of Society. I don't need to involve myself with other's problems, or stories of their past. They can deal with it as I have done.

### Classes:

I will attend classes that will help me in the future. However I will not attend classes that I have taken before. My goal is not to be a full time student of S.P.T.P. I would like to learn what I can use in my future and continue moving forward through the Transition Phase.

### Activities:

I have chronic lower back pain, and cannot sit on wooden benches for long periods of time. I would like excused from all Gym and social rec. activities. I can do walking class, and possibly library activities.

### Security Risk:

I have never disobeyed any staff at any time. I have always went to staff anytime I had a problem, even if they couldn't do anything about the situation, they have always been aware of my feelings. I only go to staff with meaningful complaints. I believe in the future this will not change for I need a support team to help me in my down times, and encouragement when I am doing well.

### Morels

I have changed my core belief and have placed God the Father in my actions and thoughts. I am living a higher standard life than the program requires. I have been showing this lifestyle for the past 9 months. I plan on not changing this is the new me. I would love the chance to prove myself worthy to be free, however how the program stands now I have two choices it and man's way, or God and His way. I would like a chance to meet with the above people and make a way to please both God and man.


Thank You for Your Time, Help, and Concern in this Matter.


In Christ We Live:

Kenneth Mark Hay